**IN RE: LOMBARD FLATS, LLC, Debtor.**

---

1. Because we hold that the appellate waiver is enforceable, we do not reach Defendant's arguments on the merits.

Cheuk Tin Yan, Plaintiff–Appellant,

v.

Lombard Flats, LLC, Defendant–Appellee.

No. 14–16624

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 20, 2016 San Francisco, California

FILED July 26, 2016

Mark W. Lapham, Esquire, Attorney, Law Offices of Mark W. Lapham, Danville, CA, Demas Wai Yan, Oakland, CA, for Plaintiff–Appellant

Joan M. Chipser, Attorney, Attorney at Law, Millbrae, CA, for Defendant–Appellee

Before: GRABER, and TALLMAN, Circuit Judges, and RAKOFF,* District Judge.

## ORDER **

This appeal is DISMISSED as moot. Costs on appeal are awarded to Defendant–Appellee and against Plaintiff–Appellant. This order shall serve as the mandate of this court.

---

* The Honorable Jed S. Rakoff, United States District Judge·for the Southern District of New York, sitting by designation.

** This disposition is. not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.